UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERONIMO LAZO,

                             Plaintiff,

-against-

PILLAR PROPERTY MANAGEMENT, LLC,

                             Defendant.

-----------------------------------------------------------------X

25-CV-6039 (JAV) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Defendant was served on July 28, 2025, and as such, Defendant's response to the Complaint was due August 18, 2025. ECF No. 6. To date, Defendant has not appeared in this action. Defendant is directed to respond to the Complaint or otherwise seek an extension of time to do so by **September 29, 2025**.

    Plaintiff is directed to serve a copy of this order on Defendant.

    **SO ORDERED.**

DATED:    New York, New York
             August 28, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge