UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GERONIMO LAZO,

                                      Plaintiff,

              -against-

PILLAR PROPERTY MANAGEMENT, LLC,

                                      Defendant.

------------------------------------------------------------------X

25-CV-6039 (JAV) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff properly served Defendant on July 28, 2025. See ECF No. 6. Defendant's answer was due on August 18, 2025, and Defendant did not file an answer. The Court *sua sponte* extended the deadline for Defendant to file its answer to September 29, 2025. ECF No. 9. That date has passed, and Defendant has not filed its answer.

      The Court is again extending the deadline *sua sponte* to **October 31, 2025**. Failure to respond may result in the recommendation a default judgment to be entered.

      Plaintiff is also directed to serve a copy of this order on Defendant.

      SO ORDERED.

DATED:    New York, New York
              October 6, 2025

                                                           _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge