UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GERONIMO LAZO,

                                   25-CV-6039 (JAV) (VF)

                         Plaintiff,

                                   **ORDER**

            -against-

PILLAR PROPERTY MANAGEMENT, LLC,

                         Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff properly served Defendant on July 28, 2025. See ECF No. 6. Defendant's

answer was due on August 18, 2025, and Defendant did not file an answer. The Court extended

the deadline for Defendant to file its answer to September 29, 2025. ECF No. 9. Defendant did

not file an answer. The Court again extended the deadline to October 31, 2025. ECF No. 11. On

November 3, 2025, General Counsel for Defendant asked for "additional time to answer or

appear in this action," requesting an extension to November 28, 2025 (ECF No. 15), which the

Court granted (ECF No. 16). As of the date of this order, Defendant has not appeared or filed an

answer.

Given Defendant's failure to appear, Plaintiff is hereby directed to move for default by

filing a Certificate of Default. Following the entry of a Certificate of Default, the Court will set a

schedule for briefing a default judgment motion.

        **SO ORDERED.**

DATED:      New York, New York
            December 19, 2025

VALERIE FIGUEREDO
United States Magistrate Judge