UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GERONIMO LAZO,

                                Plaintiff,

                  -against-

PILLAR PROPERTY MANAGEMENT, LLC,

                                Defendant.

-------------------------------------------------------------------X

                                 25-CV-6039 (JAV) (VF)

                                    **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of the Court filed a Certificate of Default as to Pillar Property Management on January 7, 2026. ECF No. 21. Plaintiff is directed to file its motion for default judgment by **February 13, 2026**, and to serve a copy of its motion and this order on Defendant. Defendant's opposition, if any, is due **March 6, 2026**. Plaintiff's reply, if any, is due **March 20, 2026**.

        **SO ORDERED.**

DATED:    New York, New York
             January 8, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge