**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated March 19, 2026:**

The extension request is GRANTED. Plaintiff is directed to provide a status update by **April 30, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 25.

March 18, 2026

VIA ECF
Hon. Jeanette A. Vargas, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    **GERONIMO LAZO v. PILLAR PROPERTY MANAGEMENT LLC
25-CV-6039 (JAV) (VF)**
*Request for Extension of Time to Move for Default Judgment*

Dear Honorable Jeannette A. Vargas,

This firm represents Plaintiff in the above referenced action. Plaintiff respectfully submits this letter request for additional time to file its motion for default judgment in this action.

The undersigned certifies the following pursuant to Your Honor's Part Rules 3E:

1. The original date is: February 13, 2026.
2. The adjourned date is: March 18, 2026.
3. The new date is: May 18, 2026.
4. The number of previous requests for adjournment or extension: One.
5. Whether these previous requests were granted or denied: Granted.
6. The reason for the extension or adjournment: The Parties have reengaged in settlement negotiations. The Parties held a telephone settlement conference on March 12th, and subsequently exchanged additional settlement offers. The Parties need additional time to reach a final settlement and prepare settlement documents.
7. Whether the adversary consents, and, if not, the reasons given by the adversary for refusal to consent: Defendant is in default and the Clerk of the Court has issued a Certificate of Default on January 7, 2026. (ECF No. 21).
8. The date of the parties next schedule appearance before the Court: None scheduled.

The undersigned respectfully requests that this Court extend Plaintiff's time to file its motion for default judgment.

Dated: New York, New York
        March 18, 2026

_____/s/_____
Joel L. Goldenberg, Esq.