UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERONIMO LAZO,

Plaintiff,

-against-

PILLAR PROPERTY MANAGEMENT, LLC,

Defendant.

Civil Case No.: 25-cv-06039

**JUDGMENT**

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed on April 20, 2026; and Defendant Pillar Property Management, LLC, having offered to allow judgment in this action to be taken against it and in favor of Plaintiff Geronimo Lazo in the amount of Twenty-nine Thousand and 00/100 Dollars ($29,000.00), to fully and finally resolve all claims asserted by Plaintiff against Defendant in this action on the terms set forth in such Offer of Judgment; it is hereby,

**ORDERED and ADJUDGED** that Judgment is entered in favor of Plaintiff Geronimo Lazo and against Defendant Pillar Property Management LLC, in the total amount of $29,000.00, and that this case is closed.

Judgment signed this 21st day of April, 2026.

_____
**Hon. Jeannette A. Vargas**
**United States District Judge**